AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00209 |
| Matthew Clark | ) | Assigned to: Judge Faruqui, Zia M |
| | ) | Assign Date: 2/8/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Clark,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (Restricted Buildings or Grounds)
40 U.S.C. § 5104(e)(2)(D) and (G) (Violent Entry or Disorderly Conduct)

Date: __02/08/2021__

2021.02.08
21:01:57 -05'00'
*Issuing officer's signature*

City and state:   Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/08/2021, and the person was arrested on *(date)* 02/10/2021
at *(city and state)* Lewistown, PA.

Date: 02/10/2021

*Arresting officer's signature*

Alexis Equino, SA FBI
*Printed name and title*