**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-CR-00218-APM** |
| | : | |
| **CLARK, ET AL,** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT MOTION TO CONTINUE FEBRUARY 18, 2022**
**STATUS CONFERENCE FOR 30 DAYS**

The United States of America, through counsel, and Defendants Matthew Clark, Christy Clark, and Paul Spigelmyer, through counsel, hereby move this Court to grant its Joint Motion to Continue February 18, 2022 Status Conference for 30 days.  The Government and Defendants further move the Court to exclude the period of the continuance from the computation of time under the Speedy Trial Act.  In support of this motion, the parties state as follows:

1.    On January 21, 2022, the Court held a Status Conference in this case. The parties discussed that discovery had been provided to the parties and that the parties were working on a pretrial resolution of this case.

2.    The parties have discussed a pretrial resolution of case, but additional time is needed before a resolution can be finalized.

3.    On February 15, 2022, counsel for Defendants and the United States agreed that the Court's Status Conference, which is set for February 18, 2022, should be continued for approximately 30 days.  The parties in that discussion also agreed to exclude from the computation of time under the Speedy Trial Act the time between February 18, 2022 and the next set Status Conference.  The parties also request that the Court conduct the next Status Conference via videoconference.

4.     The parties submit that good cause exists to continue this hearing as there is no additional information to provide to the Court regarding the status of this case.

WHEREFORE, for the foregoing reasons, the United States and Defendants respectfully request that the Court grant this Motion to Continue February 18, 2022 Status Conference for 30 days filed out of time, and further request that the Court exclude the period from February 18, 2022 until the next Status Conference in this case from the computation of time under the Speedy Trial Act.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/Anne Veldhuis
    Anne Veldhuis
    Trial Attorney, Detailee
    CA Bar No. 298491
    450 Golden Gate Ave, Rm. 10-0101
    San Francisco, CA 94102
    Anne.Veldhuis@usdoj.gov
    (415) 307-6722

By: /s/ Elita Amato
    Elita Amato
    Counsel for Christy Clark
    DC Bar No. 442797
    2111 Wilson Blvd, 8th Floor
    Arlington, Virgina 22201
    Amato.law@comcast.net
    (703) 522-5900

By: /s/ Allen Orenberg
    Allen Orenberg
    Counsel for Paul Spigelmyer
    DC Bar No. 395519
    12505 Park Potomac Avenue, 6th Floor
    Potomac, Maryland 20854
    aorenberg@orenberglaw.com
    (301) 984-8005

By: /s/ David Bos
    David Bos
    Assistant Federal Defender
    Counsel for Matthew Clark
    DC Bar No. 421-140
    625 Indiana Ave NW # 550
    Washington, DC 20004
    David_bos@fd.org
    (202) 208-7500

**CERTIFICATE OF SERVICE**

On this 15th day of February 2022, a copy of the foregoing was served on counsel of record for the parties via the Court's Electronic Filing System.

    /s/ Anne Veldhuis
Anne Veldhuis
Trial Attorney